1  Alison L. Tsao, State Bar No. 198250
   atsao@cdflaborlaw.com
2  Connor J. Moyle, State Bar No. 250384
   cmoyle@cdflaborlaw.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   601 Montgomery Street
4  Suite 350
   San Francisco, California 94111
5  Telephone: (415) 981-3233
   Facsimile: (415) 981-3246
6
   Attorneys for Defendant
7  SKY CHEFS, INC. dba LSG SKY CHEFS

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11 | PRAKASH KHATRI, an individual, | ) | Case No. 4:12-cv-01470-CW
   |                                 | ) |
12 |           Plaintiff,            | ) | Judge: Hon. Claudia Wilken
   |     vs.                         | ) | Ctrm: 2
13 |                                 | ) |
14 | LSG SKY CHEF, a Texas Corporation; and | ) | **STIPULATION AND [PROPOSED]**
   | DOES 1 through 20, inclusive.,  | ) | **ORDER TO DISMISS ACTION WITH**
15 |                                 | ) | **PREJUDICE**
   |           Defendants.           | ) |
16 |                                 | ) | Action Filed: February 15, 2012
   |                                 | ) | Trial Date: None set

CAROTHERS DiSANTE &
FREUDENBERGER LLP

                                        Case No. 4:12-cv-01470-CW
                              STIP. & [PROPOSED] ORDER TO DISMISS
                                       ACTION WITH PREJUDICE

1    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  Each party shall bear his/its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  January 15, 2013         CAROTHERS DiSANTE & FREUDENBERGER LLP
                                 Alison L. Tsao
                                 Connor J. Moyle


                                 By:  /S/ - Connor J. Moyle
                                         Connor J. Moyle
                                 Attorneys for Defendant
                                 SKY CHEFS, INC. dba LSG SKY CHEFS

Dated:  December 4, 2012         WEISS LAW, PC
                                 Mogeeb Weiss


                                 By:  /S/ - Mogeeb Weiss
                                         Mogeeb Weiss
                                 Attorneys for Plaintiff
                                 MOGEEB WEISS


   Pursuant to United States District Court for the Northern District of California Local Rule 5-1(i), counsel for Defendant LSG SKY CHEFS has obtained concurrence of filing of the document and the physical signature of Mr. Mogeeb Weiss.  Defendant will retain that copy for one year following final resolution of this matter.

Dated:  January 15, 2013         CAROTHERS DiSANTE & FREUDENBERGER LLP


                                 By:  /S/ - Connor J. Moyle
                                         Connor J. Moyle
                                 Attorneys for Defendant
                                 SKY CHEFS, INC. dba LSG SKY CHEFS

CAROTHERS DiSANTE &
FREUDENBERGER LLP

1

Case No.  4:12-cv-01470-CW
STIP. & [PROPOSED] ORDER TO DISMISS
ACTION WITH PREJUDICE

## **ORDER**

THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Civ. P. 41(a)(1), the above-referenced action is dismissed in its entirety, with prejudice.  Each party shall bear his/its own attorneys' fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____January 16____, 2013

_____
The Honorable Claudia Wilken
Chief Judge of the United States District Court
Northern District of California