1  Alison L. Tsao, State Bar No. 198250
   atsao@cdflaborlaw.com
2  Connor J. Moyle, State Bar No. 250384
   cmoyle@cdflaborlaw.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   601 Montgomery Street
4  Suite 350
   San Francisco, California 94111
5  Telephone:  (415) 981-3233
   Facsimile:  (415) 981-3246
6
   Attorneys for Defendant
7  SKY CHEFS, INC. dba LSG SKY CHEFS

8                          **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10                                    **OAKLAND DIVISION**

11 PRAKASH KHATRI, an individual,          )   Case No. 4:12-cv-01470-CW
                                           )
12            Plaintiff,                   )   Judge: Hon. Claudia Wilken
              vs.                          )   Ctrm:   2
13                                         )
   LSG SKY CHEF, a Texas Corporation; and  )   **STIPULATION AND [PROPOSED]**
14 DOES 1 through 20, inclusive.,          )   **ORDER TO DISMISS ACTION WITH**
                                           )   **PREJUDICE**
15            Defendants.                  )
                                           )   Action Filed:  February 15, 2012
16 _____)   Trial Date:    None set

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed in its entirety, with
3   prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  Each party shall bear his/its own attorneys' fees
4   and costs.

5   IT IS SO STIPULATED.

7   Dated:  January 15, 2013          CAROTHERS DiSANTE & FREUDENBERGER LLP
                                          Alison L. Tsao
8                                         Connor J. Moyle

10                                     By:  /S/ - Connor J. Moyle
                                              Connor J. Moyle
11                                     Attorneys for Defendant
                                       SKY CHEFS, INC. dba LSG SKY CHEFS

12  Dated:  December 4, 2012          WEISS LAW, PC
13                                       Mogeeb Weiss

15                                     By:  /S/ - Mogeeb Weiss
                                              Mogeeb Weiss
16                                     Attorneys for Plaintiff
                                       MOGEEB WEISS

19   Pursuant to United States District Court for the Northern District of California Local Rule
20  5-1(i), counsel for Defendant LSG SKY CHEFS has obtained concurrence of filing of the
21  document and the physical signature of Mr. Mogeeb Weiss.  Defendant will retain that copy for one
22  year following final resolution of this matter.

23  Dated:  January 15, 2013          CAROTHERS DiSANTE & FREUDENBERGER LLP

25                                     By:  /S/ - Connor J. Moyle
                                              Connor J. Moyle
26                                     Attorneys for Defendant
                                       SKY CHEFS, INC. dba LSG SKY CHEFS

## **ORDER**

THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Civ. P. 41(a)(1), the above-referenced action is dismissed in its entirety, with prejudice.  Each party shall bear his/its own attorneys' fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___January 16___, 2013

_____
The Honorable Claudia Wilken
Chief Judge of the United States District Court
Northern District of California